# Court of Appeals
# of the State of Georgia

ATLANTA, October 16, 2017

*The Court of Appeals hereby passes the following order:*

## A18D0119. DANTE G. FREDERICK v. GEORGIA DEPARTMENT OF CORRECTIONS et al.

Dante G. Frederick has filed an application for discretionary review of the trial court's order dismissing his case against the Georgia Department of Corrections, et al. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, the trial court's order was entered on August 16, 2017, and Frederick filed his application for discretionary appeal on September 21, which was 36 days later. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/16/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.